2012 5-005 WESTERN MANAGEMENT v. Ivan Kovacevich v. Robert Kovacevich v. United States 2012 5-005 WESTERN MANAGEMENT v. Robert Kovacevich v. United States 2012 5-005 WESTERN MANAGEMENT v. Ivan Kovacevich v. Robert Kovacevich The second is that 6521, the code section of IRS, suspends the statute of limitations under 6511 and therefore the 21,995 or whatever is a total credit against the Social Security tax because if one's barred, it's suspended in a sense forever. I intend to argue the court that that statute and then the section 32 allowing a credit to an employee of overpaid Social Security tax eliminates any deficiency if there could be in this case. There's another statute, all these are IRS 26, Title 26, 3406H10 that credits Social Security in the same manner as wages and there's been an overpayment here the court's decision in bubble room in this court has been totally ignored I think by the government and even the trial court. The case of course states that there can't be any collection above the wages ban of one individual which is the only thing that is involved here is one person's employment taxes and therefore the wage base of 60,600 is largely exceeded in this case because there's only a $7,000 Social Security involved in any event. So there's all these credits eliminate any possible deficiency in this case. As court knows, the Social Security statute is intended to help the quote employee pay his Social Security taxes. There's no withholding tax involved in this case because that's been credited and agreed upon. So all the Western management was supposed to do is withhold and help the employee pay the tax. At page 248, the government by letter that's excerpt 248 admits that all the tax has been paid in this case, which it was. I was the so-called reclassified employee I paid all the taxes with my tax return as I do today and there's nothing left for the Western management to collect. As court probably has gathered I didn't issue myself any W-2 forms I had two employees, still have we filed 941 returns, withheld from them there's never any argument about that. There's a bunch of criticism as to whether I avoided taxes and all that there is no avoidance here it's simply the CPAs that I retained took all of the gross income I made in my law practice included it in the income of Western management Western management deducted my draws and paid income tax on the balance. Western management always filed an 1120 return when there was taxable income to Western management it was non-sub-chapter S it did not pass through and so it paid its tax which of course we've lost we haven't had a chance to get a refund because the time has expired so the argument about the government not being paid here doesn't hold any water. What time has expired for what refund? The 1120 tax, your honor the corporate income tax it was a Schedule C it was a taxable entity and so when the in 2003-161 that individual case tax court memo 2003-161 or 162 my personal case Kovacevic versus Commissioner the court held that the income of Western management some 43,000 was really income of me, the individual that would have given us a refund at the corporate tax level 1120 return it was too late to apply for a refund at that point so really, and I don't want to sit here and dwell on that but the government's ahead by some 60,000 dollars when you look at the whole thing so there's no manipulation in anything that is today I file the same way if I may, the government has stated, which doesn't apply here that you can have a single entity PLLC and do the same thing that I did in 94 so I want to make that point, your honor because there's some inferences of taxes not paid and income not reported the state law in 66-72 or the state law of Western management at that time a professional corporation does not give limited liability and also the 100% penalty imposes a penalty on the stockholders as the court knows if you don't pay the withholding tax so there can be, I submit to your honors there can be no alter ego theory because the government does not lose any the government's benefit is not pertained there is no way to raise limited liability against the United States government when the 66-72 penalty against the stockholders who willfully don't pay income tax can be asserted so, and then additionally which I will not dwell on the alter ego law does not apply in any event because the corporation is still solvent it's still in business and they've never exhausted any remedies plus their never intention to use limited liability avoid any liabilities for the simple reason that we paid all the debts and paid all the taxes that Western management had to pay and also paid the taxes personally so there can't be any alter ego the fifth thing Hink Supreme Court is a precisely 66-72 the 100% penalty is a precisely drawn statute and it precludes any counter claim in the court of claims the vague statute of allowing counter claims in the court of federal claims Hink clearly applies and lastly Tohono O'odham bars the counter claims since the collection action by me personally 2009-160 that's tax court memo 2009-160 was pending when the counter claim was filed the counter claim seeks to collect taxes which really is not within the jurisdiction of the court of federal claims and additionally and the last point is the two cases in 1994 one by Western management in the United States tax court the other one by myself 2003-160 and 162 both of those cases involve alter ego they also involve the same periods and so as a result of the personal case I paid all those taxes so why in the world does the government continue to want me to pay in 2010 how in the world can I go back to 1994 now some 18 years and get a refund it's impossible the government hasn't suffered so this claim is way way too late there's 10 year statute there's 3 year statute just totally bar but if Tohono bars the counter claim why doesn't it also bar the claim what do I get by the claim your honor no why doesn't Tohono since it bars the counter claim as you have argued why doesn't it also bar the claim the claim your honor is we've paid on the 100% penalty the taxes withholding taxes or the social security for the government claims was owed so we paid 4 checks and those but aren't the operative facts the languages Tohono the same no your honor because the operative facts of 66-72 is whether you willfully failed to pay taxes withheld from an employee and paid it over to the government there can be no willfulness here because I already paid the tax with my own personal return the Tohono O'odham argument the operative facts there would just be collection there has nothing to do with willfulness or any other matter so the operative facts are different willfulness has nothing to do with the tax collection in 2009-160 that's merely whether due process was furnished by the internal revenue servicing collection. It has nothing to do with the facts of whether or not there was willfulness of not paying the corporations withheld taxes so I think the facts, the total operative facts to prove either one are totally different. All you would prove in the due process case in the tax court would be that the payment wasn't made in the 66-72 you must prove willfulness I've tried many of those cases your honor some before juries the key thing is did you willfully not pay over the taxes to the government that you withheld operative facts are totally different I would like Do you want to use your rebuttal time? Are there additional arguments you wish to present? I'm sorry your honor We're into your rebuttal time. Do you wish to continue? You may. Thank you very much for reminding us. Let's hear from the government and we'll save you a rebuttal. Ms. Briggs Thank you your honor I would like to start by addressing Let's assume you win on the alter ego theory What Mr. Carrasco was just saying is look I paid self-employment tax You've determined that Western owed employment taxes and why don't I get a credit for the amount that I paid as an individual I don't think your brief does a very good job of explaining that and he relies on 65-21 which isn't even cited in your brief so why is he wrong about 65-21 entitling him to an offset for the amount that he the social security self-employment tax that he paid as an individual I think there are two separate questions involved in your one question or several questions and the first is the 65-21 issue and the reason it's not addressed in our brief is that he did not clearly articulate that argument in his opening brief No he does cite it and does rely on it Don't interrupt He does cite the section, he does rely on it and you admittedly don't respond to it so that's unfortunate What is the response to it? This is an issue he's raised in all these previous cases which is I think the second issue that I'll get to This is the check that was paid in 1991 so under 61-11 that's clearly out of time I'm not understanding what you're saying. This has nothing to do as I understand it with how the checks were credited. He's saying look I paid social security self-employment tax and you're now saying it should have been paid by the corporation because I was an employee of the corporation but if that's true I'm entitled to a credit for the amount of self-employment tax that I paid because if the corporation was liable for the tax I wasn't and he says that 65-21 entitles him to an offset. What's the answer? Again I need to separate that out into the 65-21 issue and the issue that this is not a wash The reason that there's a problem understanding I think Mr. Kovacevic's argument is that he has failed to accept that it's not a wash here. It could be a wash in other contexts. If he correctly I have no idea what you're saying so if he correctly as Judge Holm said in the CDP proceeding if as Mr. Kovacevic represented he did pay the correct amount of employment taxes himself as a self-employed individual and then the determination was made that no in fact he was an employee of West Point Management He is not getting credit for the amount that he paid as an individual He is getting credit for the amount How is he getting credit for the amount? The problem here is that he was under-reporting his income that Western Management was not giving was not given the 530 it's a safe harbor provision that allowed if you correctly report income that applies to a self-employed person that's considered an independent contractor on your returns issue the 1099, do all those things But just explain to me you say he got credit for the amount he paid in self-employment tax Where was it credited and when? I don't understand I'm trying to set this up He was credited on his individual First of all the records for the 1991 check the tax years at issue the Court of Federal Claims never looked at all those crediting amounts because it dismissed the claim because of statute of limitations 6521 it only applies when the tax year is open for those tax years and the employee can no longer get the credit You first said he did get credit for it, now you're saying 6521 doesn't apply I understand the second argument What's the basis for the first argument? You said he got credit for the self-employment tax that he paid Where and when did he get the credit? He got credit for the self-employment taxes because he was under-reporting because of the way this worked Mr. Kovacevic was under-reporting his income every year, so those are Schedule A taxes, or self-employment taxes show up at Schedule A, you get deductions there So when there he was under-reporting his income the self-employment taxes are being credited towards his income tax liability so he's getting credit there Ok, I understand the theory where do I find that in the record? It's not in the record in this case because in the Court of Federal Claims this claim was not very clearly articulated In fact, if you look at the United States The claim wasn't adjudicated by the Court of Federal Claims It was adjudicated because it wasn't clearly adjudicated In other words, you're relying on extra record evidence to say that he got credit I'm looking at the other opinions all of the other opinions in this litigation there are 14 published opinions at least in this case So if you look at I think that one that would help the series of cases that would help best explain those taxtures and what was going on are the Western Management cases from 91 to 93 in the Court of the 91 to 93 taxtures in the Court of Federal Claims because it involves the 91 taxtures but if you're looking for the payment crediting, which I can show you for the 94-95 taxtures in the Court of Federal Claims got to that issue, those are clear we can go through those, but if you're looking for the transcripts of records, they're not in there Clear from what? For 94-95? Or for 91? Are you talking about self-employment tax he paid in 94-95? I can go through that That was adjudicated here? 94-95 In this case? Yes, Judge Firestone, this is what happened So let's go back and let me go back and explain why this isn't a wash to you from the beginning and I'll do it with the 94-95 taxtures because all of that is on the record and I think that this is if we go through it that way, you can understand why, I think, I agree with you our briefs may not be clear, but the way it works out, so for 94-95 there's no question it was fully adjudicated, these employment tax issues, before Judge Foley and the tax court before the Ninth Circuit twice up and back on the credit it was an employee, Western Management should have paid the tax, Western Management is so and so much, okay? But that doesn't explain where the supposed credit. Right, and so those supposed credits come into play, you can look at the tax personal, Mr. Kovacevic's personal tax years, 92-94 which was also litigated in front of Judge Foley and the tax court up to the Ninth Circuit and back again where he claims that the reason and then Judge Holmes does this again in the CDP proceeding about the collection action for the 92 tax year, there are several reasons why it's not a wash here, and that's because so when Western Management when Mr. Kovacevic's In the Ninth Circuit case, the Ninth Circuit says, you know this would you can't hold Western Management liable for the income tax withholding and there's a passage in the first opinion that says, he claims that he's entitled to this credit for the payment of the self-employment tax, we're not going to sue for a refund assuming that the statute of limitations says so, that's a paraphrase Do you disagree that that's what the Ninth Circuit said? Well, when the Ninth, when it was sent back on the employment tax issues, the court looked at the application of payments and what happened was the self-employment tax if you look at those transcripts, the self-employment tax that Mr. Kovacevic paid was applied to his income tax Wait, wait, wait I want to start with the first Ninth Circuit decision this is in 2006 and my understanding is in Roman Arabic numeral number 7 they address this question and they say that basically that he can sue for a refund if he wants to Congress has provided a separate procedure by which an individual subsequently determined to be an employee of an outside entity may seek a credit or refund of self-employment taxes already paid. So in the 2006 decision, they leave that open Show me where that issue has been adjudicated since that time. On his personal issue on his personal tax year and that is what adjudicated Personal tax year, what, what page? In both the tax court proceeding before Judge Foley and the 92 the one, the only one that's the Kovacevic's personal claim he explained, Judge Foley and Judge Holmes explained the problem here is he's under-reporting Where do I find that in the record? Okay, in the record, he's under-reporting the income by $32,000 a year. Where does the record show that he got a credit? Okay, I can do that Hang with me just, if you'll hang on just a moment, let me explain why it happens and then I'll find it in the record So what happens was Mr. Kovacevic was under-reporting his income by a third every year, so the amounts that are all on Schedule A which are his self-employment tax are being applied to his income tax liability I understand the theory, where does it say that he got a credit? Okay, we can let me find that for you, Your Honor If I can find the page number Okay Okay Okay, the calculations are not in the court's opinion as you noted Let me see if I can find where it is It is in the record in the calculations because when you find these tables you can see where when the service is issuing the notices of deficiency, they're applying those amounts, because they're all on Schedule A It's absolutely beyond me why you did not address this question in the brief and that we have to address it here at the oral argument when you're fumbling around to find where the answer is I'm sorry, Your Honor If you would like us to submit a supplemental on this and give you the page numbers and where it is in the record I can do that, Your Honor I apologize for the government's brief I'm here to argue the case I did not draft it We can add whatever additional information you would like on this point I think having supplemental briefing from both parties on this would make sense You say that they got the credit Show us where in the record We can do that, absolutely, Your Honor Don't interrupt me Show us where in the record the credit is established and then Mr. Kovacevic can respond to that When you put your arguments together send them to Mr. Kovacevic so that his response then can reach us at the same time as we receive your position Let's say the time Is two weeks enough time? More than enough? The briefing attorney will be writing it I'm sure two weeks would be more than adequate time for her to do it Alright, the sooner the better And Mr. Kovacevic will have how long to respond? Well, I think if you send it to Mr. Kovacevic, let's say ten days and then with another how much time, five, six days to pull together your response and then send everything to us concurrently, does that make sense? Or better still I think better still file your response to us within ten days and then if you would respond within a week thereafter we will know Your Honor, I have a pretty difficult schedule If I may please have ten days Okay, yes You may Thank you Alright, so that within twenty days from now we'll have whatever you both want to tell us about this section Okay Yes, Your Honor, and again I apologize As far as the 66-72 liability we're not asserting 66-72 liability against Mr. Kovacevic for unpaid trust fund taxes in this case This is the non-trust fund portion As the letter establishes it's in the record we determined based on his payments of self-employment tax that the trust fund portion the portion that should have been withheld by the employer but was not here was fully paid It's the portion here that's at issue in the alter ego case is the employer's portion So, assuming that we were to conclude that he didn't get a credit for the self-employment tax payments is he entitled now to a credit of those under 65-21? Do you have an argument as to why he wouldn't be entitled to a credit now if he didn't get one before? Well, 65-21 only applies 65-11, which is the overall statute is a very drop-dead time limitation Here 65-21 only applies when it's still open, the employer's classification, here there's no reason he waited until now when this check was paid in 1991 and the determination was made many years ago that he was an employee those years rather than an individual I'm not understanding what you're saying. I think your letter better addresses the legal question of whether 65-21 applies assuming that he didn't get a credit before The answer, Your Honor, is it doesn't apply It doesn't leave the statute of limitations open forever. It only does in cases where there's still an open question of whether the individual is an employee or... Is that argument in your brief? It's not in our brief because he didn't raise it in our opening brief. He did not raise it clearly in a way that we understood it to be articulated in his opening brief. I think it would be helpful then to include that argument in your authority for that position Yes, Your Honor Do you have any further questions? Would you like me to address the jurisdiction issue? Thank you Okay Thank you, Your Honors. I think the issue is raised at page 27 of my opening brief, and no, the credit has not been given The government's right in that the trust fund is on the 50% of the withheld Social Security, but the self-employment tax is the whole 100%, 15.3 So I pay the self-employment both halves, if you will. So there's a credit of the total Social Security paid by self-employment against the one half. So there's only about, at the most, 2600 could possibly be payable if I earn the maximum The government also complains that I didn't pay my Social Security tax When the Western Management became a regular non-professional corporation the three year rule applied and I took all of that income of the loan into my personal income. The government hasn't suffered. It doesn't have any bearing on this case, but I'll represent to Your Honors that there has never been any crediting of all the Social Security that the government has received, including the 100% penalties that I've paid to my Social Security earnings So the government's a trustee This is a little different than an income tax case. I've never received $1 credit for some $60,000 that I've already paid So I don't want to have the government indicate that the government's a victim here At page 250, Your Honors of the excerpts I attach the letter from the Internal Revenue Service that says our determination probably with the dragon and it says ARE determination should be OUR is that you're relieved of liability because the subject tax has been paid. All the quarters that are involved here are listed So there's crediting that's totally allowed Your Honor is of course correct of what the Ninth Circuit said. They said we'll affirm provided you give the credits I can represent to the court that the last go around I wrote to the Department of Justice and said well you promised to apply the credits you haven't done that yet and she said well and this is I can furnish both the record and the letter I contacted the Internal Revenue Service they're not going to allow the credits that's why I'm back in tax court saying you didn't give me the credits on the Social Security and therefore there's not due process So no I don't want to What do you mean you're back in the tax court? Under payment by Western Management What do you mean back in the tax court? The tax court allows Is there another proceeding pending in the tax court? Yes Your Honor On the years subsequent here where the Western Management judgment was affirmed and so I said well wait a minute the Ninth Circuit said give credits against this deficiency. We're talking Western The Justice Department and Internal Revenues have not done that so I'm going into the tax court again saying the amount has not been given credit therefore you cannot collect the tax court has jurisdiction to determine whether the Internal Revenue Service collection. Are there different years? Later years yes Your Honor But isn't it the same amount of money that you're seeking? They're seeking the same gross amount But the credit the amount that you're seeking here, the numbers that you calculate from the years that issue is that the same? Same theory that's right Your Honor Different years, later years Different payments Different payments, different years But they still won't allow the credits and I apologize for being repetitive So What's the status of the tax court proceeding? Pardon me Your Honor? What's the status of that tax court proceeding? Just the answers have been furnished It won't be tried probably for six months to a year so it's if it's not settled it's probably a year away from decision And is that you're basing that on 6521 or some other theory? 6521 yes Your Honor and 340810 which allows credits of all tax credits defining that the same as wages and so again 350610 I think maybe I've miscited that If I may I think it's important to give the right citation So is it fair to say that the argument and argument is why Tohono doesn't apply is because these are different Yes It's 3406H10 I misquoted it That's an Internal Revenue Service which is in the briefs allowing credits of anything that is supposed to be withheld against any tax deficiency Let me just, I hate to be redundant but just to be absolutely clear if you were to prevail on every argument you make before this other proceeding the tax court would you still be claiming in this venue that there are additional credits that are covered by that that ought to be preserved for purposes of these calculations? Yes I would still be claiming in this court Your Honor because the years are different if I understood your question correctly This whole thing started from the fact that I was held to be a statutory employee which there is no such I was clearly an independent contractor and this all should have been eliminated years ago I handle a lot of these cases and my lawyer friends say well you're not paranoid, they are after you I testified before Senate committees and blah blah blah which had nothing to do with this case but this, once you isolate and in the brief which is important the argument is made that the payments that I made under the 100% penalty were credited to Western Management Just to be clear, for the different years you have no tax court decision relating to the years that are now before us is that correct? That is correct Your Honor, it's only a later series of years and quarters Post 94? Post 95? No, not even close, I think it's 99 on I could be wrong, but it's subsequent years, there's no doubt in my mind Okay, alright Regarding, am I over my time Your Honor? Thank you Thank you, thank you both The case is taken under submission and we look forward to further submission